**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WINDY CITY KITCHEN | § | Case No. 14-25957 |
| INSTALLATIONS, I | § | |
| | § | |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on April 20, 2018 at:

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/20/18              By: /s/ Peter N. Metrou
                                           Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-25957 |
| | ) | CHAPTER 7 |
| WINDY CITY KITCHEN | ) | |
| INSTALLATIONS, INC., | ) | |
| | ) | JUDGE PAMELA HOLLIS |
| Debtor(s) | ) | (Joliet) |

**NOTICE OF MOTION**

To:    See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

   I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 20th day of March, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                  */s/ Peter N. Metrou*
                                                  **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

**Sent Via First-Class Mail**

Windy City Kitchen Installations, Inc.
19548 Lancaster Drive
Mokena, IL 60448-7838

Sheet Metal Workers
National Pension Fund
8403 Arlington Boulevard, Suite 300
Fairfax, VA 22031-4662

Sheet Metal Workers National Pension
Fund
c/o Dawn M. Costa
Jennings Sigmond PC
510 Walnut St., 16th Fl.
Philadelphia, PA 19106-3601

Karl Masters, Esq.
Gregorio & Associates
Two North LaSalle, Suite 1650
Chicago, IL 60602-4035

Sheet Metal Workers International
Mr Frank Marco
Gregorio & Associates
2 N Lasalle St, Ste 1650
Chicago, IL 60602-4035

Sheet Metal Workers National Pension
Fund
Jennings Sigmond PC/Dawn M Costa Esq
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3619

Sheet Metal Workers' National Benefit F
c/o Dawn Costa, Esquire
Jennings Sigmond, P.C., 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3619

**Sent Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Eric G Zelazny
Law Offices of Eric G. Zelazny
18400 Maple Creek Court
Suite 600
Tinley Park, IL 60477-3032

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| WINDY CITY KITCHEN INSTALLATIONS, I | § § § | Case No. 14-25957 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 19,019.98 |
| leaving a balance on hand of[1] | $ | 30,980.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 9.22 | $ 0.00 | $ 9.22 |
| Attorney for Trustee Fees: FactorLaw | $ 18,075.00 | $ 18,075.00 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 593.10 | $ 593.10 | $ 0.00 |
| Accountant for Trustee Expenses: Kutchins Robbins & Diamond Ltd. | $ 1,020.00 | $ 0.00 | $ 1,020.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,779.22 |
| Remaining Balance | | $ | 24,200.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 154,092.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SHEET METAL WORKERS NATIONAL PENSION FUND | $ 9,677.80 | $ 0.00 | $ 1,519.93 |
| 2 | SHEET METAL WORKERS INTERNATIONAL | $ 144,415.08 | $ 0.00 | $ 22,680.87 |
| | Total to be paid to priority creditors | | | $ 24,200.80 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,027.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SHEET METAL WORKERS NATIONAL PENSION FUND | $ 27,027.81 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.