# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WINDY CITY KITCHEN | § | Case No. 14-25957 |
| INSTALLATIONS, I | § | |
| | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 9,964.97                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 24,200.80          Claims Discharged
                                                      Without Payment: NA

Total Expenses of Administration: 25,799.20

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

Case 14-25957    Doc 42    Filed 07/26/18    Entered 07/26/18 14:08:52    Desc Main
Document      Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,799.20 | 25,799.20 | 25,799.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 172,666.13 | 154,092.88 | 154,092.88 | 24,200.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,251.05 | 27,027.81 | 27,027.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 200,917.18 | $ 206,919.89 | $ 206,919.89 | $ 50,000.00 |

4) This case was originally filed under chapter 7 on 07/15/2014 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2018          By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent/preferential transfer | 1241-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,750.00 | 5,750.00 | 5,750.00 |
| Peter N. Metrou | 2200-000 | NA | 9.22 | 9.22 | 9.22 |
| International Sureties Ltd. | 2300-000 | NA | 13.17 | 13.17 | 13.17 |
| Associated Bank | 2600-000 | NA | 338.71 | 338.71 | 338.71 |
| FactorLaw | 3210-000 | NA | 18,075.00 | 18,075.00 | 18,075.00 |
| FactorLaw | 3220-000 | NA | 593.10 | 593.10 | 593.10 |
| Kutchins Robbins & Diamond Ltd. | 3420-000 | NA | 1,020.00 | 1,020.00 | 1,020.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,799.20 | $ 25,799.20 | $ 25,799.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SHEET METAL WORKERS INTERNATIONAL | 5800-000 | 144,415.08 | 144,415.08 | 144,415.08 | 22,680.87 |
| 1 | SHEET METAL WORKERS NATIONAL PENSION FUND | 5800-000 | 28,251.05 | 9,677.80 | 9,677.80 | 1,519.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 172,666.13 | $ 154,092.88 | $ 154,092.88 | $ 24,200.80 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SHEET METAL WORKERS NATIONAL PENSION FUND | 7100-000 | 28,251.05 | 27,027.81 | 27,027.81 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 28,251.05 | $ 27,027.81 | $ 27,027.81 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-25957 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WINDY CITY KITCHEN INSTALLATIONS, I | | | | Date Filed (f) or Converted (c): | 07/15/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/25/2014 |
| For Period Ending: | 07/18/2018 | | | | Claims Bar Date: | 12/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable -- over two years old | 8,964.97 | 0.00 | | 0.00 | FA |
| 4. Used Dragun Plasma Metal Cutter | 200.00 | 0.00 | | 0.00 | FA |
| 5. Used Plasma Metal Cutter | 300.00 | 0.00 | | 0.00 | FA |
| 6. Used Computer | 200.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent/preferential transfer (u) | 0.00 | Unknown | | 50,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $9,964.97 $0.00 $50,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ Counsel granted on 12/5/2014 see Dkt# 16. Motion to Employ Accountant granted on 4/15/2016 see Dkt# 23. Adversary filed on 7/14/2016 regarding fraudulent transfers see Dkt# 24. Adversary still pending 12-9-2016. Final fee app for Counsel approved 8/4/2017. Claims review 10/7/17. Accountant working on tax returns 12/26/17.

Initial Projected Date of Final Report (TFR): 03/31/2015     Current Projected Date of Final Report (TFR): 03/30/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-25957 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | WINDY CITY KITCHEN INSTALLATIONS, I | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5942 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9824 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 07/18/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/17 | 7 | Adelman & Gettleman, Ltd.<br>53 W. Jackson Blvd., Ste 1050<br>Chicago, IL 60604-3786 | Court Approved settlement<br>See dckt# 31 | 1241-000 | $50,000.00 | | $50,000.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.34 | $49,949.66 |
| 08/07/17 | 1001 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys fees and costs<br>See Dckt# 33 | | | $18,668.10 | $31,281.56 |
| | | FactorLaw | ($18,075.00) | 3210-000 | | | |
| | | FactorLaw | ($593.10) | 3220-000 | | | |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.93 | $31,221.63 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.93 | $31,176.70 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.35 | $31,130.35 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.79 | $31,085.56 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.22 | $31,039.34 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.15 | $30,993.19 |
| 02/08/18 | 1002 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $13.17 | $30,980.02 |
| 04/23/18 | 1003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Final distribution representing a payment of 100.00 % per court order. | | | $5,759.22 | $25,220.80 |

Page Subtotals: $50,000.00  $24,779.20

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  14-25957
Case Name: WINDY CITY KITCHEN INSTALLATIONS, I
Taxpayer ID No: XX-XXX9824
For Period Ending: 07/18/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5942
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. | ($5,750.00) 2100-000 | | | |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. | ($9.22) 2200-000 | | | |
| 04/23/18 | 1004 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $1,020.00 | $24,200.80 |
| 04/23/18 | 1005 | SHEET METAL WORKERS NATIONAL PENSION FUND JENNINGS SIGMOND PC/DAWN M COSTA ESQ 510 WALNUT STREET, 16TH FLOOR PHILADELPHIA, PA 19106 | Final distribution to claim 1 representing a payment of 15.71 % per court order. | 5800-000 | | $1,519.93 | $22,680.87 |
| 04/23/18 | 1006 | SHEET METAL WORKERS INTERNATIONAL MR FRANK MARCO GREGORIO & ASSOCIATES 2 N LASALLE ST, STE 1650 CHICAGO, IL 60602 | Final distribution to claim 2 representing a payment of 15.71 % per court order. | 5800-000 | | $22,680.87 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $50,000.00 | $50,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $50,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $50,000.00 | $50,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals: $0.00   $25,220.80

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5942 - Checking | $50,000.00 | $50,000.00 | $0.00 |
|  | $50,000.00 | $50,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $50,000.00 |
| **Total Gross Receipts:** | $50,000.00 |

Page Subtotals:    $0.00    $0.00